IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CNH INDUSTRIAL CAPITAL**  **PLAINTIFF**
**AMERICA, LLC**

**V.**  **NO. 4:17-CV-55-DMB-JMV**

**T & P FARMS, LLC and**
**MICHAEL J. MASSEY, JR.**  **DEFENDANTS**

## RULE 54(b) JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, CNH Industrial Capital America, LLC is entitled to immediate possession of the following property: (1) Case IH Tractor 4WD Model No. STX580 (S/N ZEF300549); (2) Rome Scraper Model No. 1814E (S/N RP-18E14.5-106); (3) John Deere Tractor 4WD Model No. 9630 (S/N RW9630P013151); (4) John Deere Pull Scraper Model No. 2112E (S/N T82112E080403); (5) Case IH STEIGERS Model No. STX580 (S/N ZEF300374); (6) John Deere Pull Scraper Model No. 1814C (S/N 60208); and (7) John Deere Pull Scraper Model No.1814C (S/N 60237).

**SO ORDERED**, this 5th day of October, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**